CITY OF GREENWOOD VILLAGE

Agency No.: GV21001021 Court Order No.: ________________

## COURT ORDER FOR PRODUCTION OF RECORDS

To: Motel 6

Principal Address:
Motel 6
C/O: Neza Sarkari
9201 E. Arapahoe Road
Greenwood Village, CO 80112

The court, upon review of an affidavit filed by Tom Fanta, a peace officer or criminal investigator, in support of the issuance of this order, hereby orders the production of the following records, for which there is probable cause to believe are in your actual or constructive possession or control:

1. The names, to include first, last, and date of birth of anyone Motel 6 located at 9201 East Arapahoe Road in the City of Greenwood Village, Colorado has provided a room based on any voucher program and to include the length of stay to include renewals (date specific) from April 9, 2021, through August 1, 2022.

2. Information on any room rented by Second Chance Center, Inc, SAFER program, or the Hornbuckle Foundation to include the length of stay, dates, and renewals (date specific) which was used by any of these originations, staff members, employees, counselor, or volunteers from April 9, 2021, through August 1, 2022,

3. Any contract(s) held between Second Chance Center, Inc, the SAFER program, the Hornbuckle Foundation, or any other voucher program that Motel 6 located at 9201 East Arapahoe Road has engaged with April 9, 2021, through August 1, 2022.

4. The number of vouchers sold to each organization, the name of the organization, and when they were sold to each organization (date specific) from April 9, 2021, through August 1, 2022.

5. A copy of all emails regarding the completed paperwork that was to be sent to neza.Sakari@gmail.com regarding the SAFER Emergency Voucher program that Motel 6 located at 9201 East Arapahoe Road in the City of Greenwood Village, Colorado engages in from April 9, 2021, through August 1, 2022.

The court hereby finds probable cause to believe that the requested material constitutes records:

- ☐ That have been stolen or embezzled;
- ☐ That are designed or intended for use as a means of committing a criminal offense;
- ☐ That are or have been used as a means of committing a criminal offense;
- ☐ The possession of which is illegal;
- ☒ That would be material evidence in a subsequent criminal prosecution in this state, another state, or federal court;
- ☐ The seizure of which is expressly required, authorized, or permitted by a statute of this state or the United States;
- ☐ That would aid in the detection of the whereabouts of or in the apprehension of a person for whom a lawful arrest order is outstanding;

and that such grounds and probable cause support the issuance of this order pursuant to §16-3-301.1, C.R.S.

Pursuant to §16-3-301.1, C.R.S., the above-named business entity shall deliver the records, or copies of the records, identified in the court order to the officer or investigator who is designated in the court order within **thirty-five days** after the date the court order is served. **The business entity shall also provide a <u>notarized</u> attestation of accuracy that the records produced represent complete and accurate copies of <u>all</u> records identified in the court order that are in the actual or constructive control of the business entity.** If the business entity does not produce all records identified in the court order for production of records, the records not produced shall be identified. The attestation of accuracy shall be signed by the records custodian, or an officer or director of the business entity, who shall attest to the truth of the attestation to the best of the person's knowledge, information, and belief. The attestation may also attest to any one or all of the following: That the records were made at or near the time by, or from information transmitted by, a person with knowledge; that the records were kept in the course of a regular business activity; and that it was the regular practice of the business to record the information contained in the records.

This order must be served within fourteen (14) days after the date it is issued. The peace officer or criminal investigator named below is hereby authorized to serve this order during normal business hours of the above-named business entity, and to receive the records during normal business hours of the business entity. Service shall issue in the same manner as a summons under C.R.C.P. 4 or by personal service on a manager or supervisor of the business entity, or through any electronic or other means established and utilized by the business to receive service of process. Upon receiving the records from the business entity, the officer or investigator shall file a return and inventory with the court indicating the records that have been received, the total number of pages if supplied on paper, and the date upon which the records were received. The officer or investigator may also file the original of the attestation of authenticity and completeness with the court.

Records produced pursuant to a court order for the production of records may be supplied in any form or format that is convenient for the business entity and that may be accessed by the officer or investigator named in the court order or his or her agency or department.

Production of records using proprietary software or another method that is not accessible shall not constitute compliance with the requirements of the court order.

A business entity that is served with a court order for the production of records may file a motion in the court that issued the court order to allow for an extension of time in which to comply with the court order. The motion shall be filed within the time period required to produce the records. The motion shall state with particularity the reasons why the business entity cannot comply with the court order. The motion shall be served upon the Colorado criminal investigator or peace officer named in the court order.

If this Order has been properly served in accordance with Colorado law, failure of the business entity to comply with the requirements of this court order for the production of records shall support a finding of contempt of court.

All records shall be produced to: (within thirty-five days after the date the court order is served.)

Det. Tom Fanta
Greenwood Village Police Department
6060 South Quebec Street
Greenwood Village, CO 80111
Direct: 303-486-8270
Fax: 303-694-5050
Email: Tfanta@greenwoodvillage.com

**Further orders that the court deems necessary:**
Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice."

Dated this 3 day of August, 2022.

BY THE COURT:

[signature]
JUDGE / MAGISTRATE

Elizabeth Shifrin
Printed Name: