# Greenwood Village Police Department

# Custody Report

Case Number: **GV21007726**

Arrest Number: **GVA230589**

6060 S. Quebec Street, Greenwood Village, CO 80111 - Phone (303) 773-2525 Fax (303) 694-5050

## ARREST INFORMATION

| | | | |
|---|---|---|---|
| Arrest Date/Time: **05/18/23 14:00** | Location of Arrest: **9201 E ARAPAHOE RD , Greenwood Village, CO, 80111** | | |
| Juvenile: No | Status: **RELEASED ON SUMMONS** | Taken to GVPD: **NO** | Offense Location: **9201 E ARAPAHOE RD** |
| Facility: **NONE** | Type of Arrest:SUMMONED/CITED | Miranda Advisement: **NO** | |

## ARRESTEE

| | | | | |
|---|---|---|---|---|
| Name: **Farhang Bharucha , Neza** | Age: **33** | Sex: **F** | Race: **W** | DOB: **11/24/1989** |
| Address: **5798 S. Galena St #, Greenwood Village , CO, 80111** | | DL or ID #: **11-006-0623** | | DL/ID State: **CO** |
| Height: **504** | Weight: **120** | Hair: **Black** | Eye: **Brown** | Ethnicity: **NON-HISPANIC** |
| Phone #: **(404)556-5010** | | | | |
| COID: | FBI#: | Resident: **R** | Moniker: | Email Address: **neza.sarkari@gmail.com** |
| Employer's Name: | Employer's Address: , , , | | | |

## CRIMINAL CHARGE

| Statute | Charge | F | M | O |
|---|---|---|---|---|
| **16-17-90** | **GVPD - LIMITATIONS ON DURATON OF OCCUPANCY IN HOTELS/MOTELS** | ☐ | ☑ | ☐ |

| Docket, Summons, or Warrant # | Court | Bond Amount / Bond Type |
|---|---|---|
| , , | **Other Jurisdiction** | / |

## CRIMINAL CHARGE

| Statute | Charge | F | M | O |
|---|---|---|---|---|
| **16-1-80(a)(1)** | **GVPD - USES BY RIGHT IN MIXED COMMERCIAL DISTRICT** | ☐ | ☑ | ☐ |

| Docket, Summons, or Warrant # | Court | Bond Amount / Bond Type |
|---|---|---|
| , , | **Other Jurisdiction** | / |

## NARRATIVE (WARRANT ONLY NARRATIVE OR PC STATEMENT)

**See Det—Fanta's supplemental report.**

| OFFICER NAME | INVOLVEMENT | DATE / TIME |
|---|---|---|
| **Skouse, Ewan 98-07** | **APPROVING** | **05/19/23 15:42** |
| **Fanta, Tom 07-02** | **Arresting** | **05/19/23 15:42** |