**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:24-cv-02135-SKC-STV

NEZA BHARUCHA;
ZARRIN HOSPITALITY GROUP, INC.; and
COMMUNITY ECONOMIC DEFENSE PROJECT,

Plaintiffs,

v.

CITY OF GREENWOOD VILLAGE;
DETECTIVE TOM FANTA, in his individual capacity;
CITY ATTORNEY TONYA HAAS DAVIDSON, in her individual capacity; and
CITY MANAGER JOHN JACKSON, in his individual capacity,

      Defendants.

---

**JOINT STATUS REPORT REGRADING SETTLEMENT DISCUSSIONS**

---

Plaintiffs Neza Bharucha, Zarrin Hospitality Group, Inc., and Community Economic Defense Project, by and through their counsel, Killmer Lane, LLP, and Defendants City of Greenwood Village, Detective Tom Fanta, City Attorney Tonya Haas Davidson, and City Manager John Jackson, by and through their counsel, Lasater & Martin, P.C., (collectively, "undersigned parties"), pursuant to this Court's Minuter Order [Doc. 82], submit the following Joint Status Report Regarding Settlement Discissions, and state as follows:

1.      The Parties continued to engage in lengthy settlement discussions with retired Magistrate Kristin Mix.  On August 7, 2026, the Parties reached a resolution of the claims.

2.      The Parties are currently working on the draft of a Settlement Agreement and undersigned counsel for the Defendants anticipates providing a first draft to Plaintiffs' Counsel on or before August 14, 2026.

Respectfully submitted this 10th day of August, 2026.


s/ *Madison Schaefer*
David A. Lane
Madison Schaefer
Killmer Lane, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
dlane@killmerlane.com
mlips@killmerlane.com
*Counsel for Plaintiff*

*s/ Peter H. Doherty*
Peter H. Doherty
Lasater & Martin, P.C.
5251 DTC Parkway, Suite 800
Greenwood Village, CO 80111
Phone: 303-730-3900
peter@lasaterandmartin.com
*Counsel for Defendants*